===============================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.   9:01cv928 (GLS/DEP)

DONALD SLATER,

            Petitioner(s),

  v.

VICTOR HERBERT,

            Respondent(s).

____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendations of USMJ Peebles is accepted and adopted, Slater's petition is dismissed and the relief sought is denied, all in

accordance with the Memorandum-Decision and Order of the Hon.

Gary L. Sharpe, US District Judge, dd 4/17/06.

_(signature)_
Clerk of Court

**DATE: April 18, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK